**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6429**

———————

AHMAD KAIS ABDUL-SATTAR,

Petitioner - Appellant,

versus

WILLIE WELDON, Warden of Lieber Correctional
Institution; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Dennis W. Shedd, District Judge.
(CA-99-79-6-19AK)

———————

Submitted:  July 8, 1999            Decided:  July 15, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ahmad Kais Abdul-Sattar, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmad Kais Abdul-Sattar, a South Carolina inmate, appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Abdul-Sattar's 28 U.S.C. § 2241 (1994) petition.  The district court dismissed Abdul-Sattar's petition without prejudice because it raised claims properly brought under 42 U.S.C.A. § 1983 (West Supp. 1999).  Because a dismissal without prejudice is not generally appealable, we deny a certificate of appealability and dismiss the appeal.  See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2